# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1367

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Antonio Triplett, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: June 8, 2007
Filed: July 23, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Antonio Triplett appeals the district court's[1] order denying his motion to reconsider the denial of his motion for a substantial-assistance downward departure. Triplett's notice of appeal is untimely as to the denial of his initial departure motion, *see* Fed. R. App. P. 4(b)(1)(A)(I) (in criminal case, notice of appeal must be filed within 10 days after entry of either judgment or order being appealed), and we find it was proper to deny his motion to reconsider. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.